**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
REED INTERNATIONAL, INC.,

                Plaintiff,

-against-                                 21 **CIVIL** 10626 (ER)

**JUDGMENT**

AFGHANISTAN INTERNATIONAL BANK,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 21, 2023, AIB's motion to dismiss is GRANTED. Reed's motion for jurisdictional discovery is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

      February 21, 2023

                                                         **RUBY J. KRAJICK**

                                                          _____
                                                             **Clerk of Court**

                           **BY:**     *K. Mango*

                                                             _____
                                                             **Deputy Clerk**